No. 93–7300. LEVINE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7327. BRAY ET AL. *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7337. WASHINGTON *v.* RUNYON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 93–7363. MOORE *v.* KAMM ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7419. COE *v.* KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 93–7422. SIMPSON *v.* ROBINSON, SUPERINTENDENT, CHATHAM CORRECTIONAL UNIT. Sup. Ct. Va. Certiorari denied.

No. 93–7425. KEEGAN *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. Sup. Ct. Fla. Certiorari denied.

No. 93–7426. PARRIS *v.* CUTHBERT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7429. POOLE *v.* CITY OF KILLEEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7430. LORD *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7434. MARTINEZ *v.* KUNIMOTO ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7436. MORGAL ET UX. *v.* PINAL COUNTY BOARD OF SUPERVISORS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7440. HONAKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7456. CUPPETT *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.